UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                §
                                      §
Wendy Stewart Grugle                  §    Case No. 14-52807
                                      §
            Debtor(s)                 §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]          $

The remaining funds are available for distribution.

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/Dynele Schinker-Kuharich_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit A

| Case No: | 14-52807 | AMK | Judge: | Alan M. Koschik | Trustee Name: | Dynele Schinker-Kuharich |
|---|---|---|---|---|---|---|
| Case Name: | Wendy Stewart Grugle | | | | Date Filed (f) or Converted (c): | 10/23/2014 (f) |
| | | | | | 341(a) Meeting Date: | 12/09/2014 |
| For Period Ending: | 06/22/2015 | | | | Claims Bar Date: | 06/19/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| 1. 2225 Buchtel Blvd, Denver Co Pin: 052-342-313-5135 | 160,000.00 | 0.00 | | 0.00 | FA |
| 2. Available Cash | 100.00 | 0.00 | | 0.00 | FA |
| 3. Checking/Savings Account(S) With Usaa, Pnc, & Huntington | 1,250.00 | 0.00 | | 0.00 | FA |
| 4. Misc. Used Household Goods And Furnishings | 1,850.00 | 0.00 | | 0.00 | FA |
| 5. Misc. Used Items | 625.00 | 0.00 | | 0.00 | FA |
| 6. Used Clothing | 1,700.00 | 0.00 | | 0.00 | FA |
| 7. Misc. Used Costume Jewelry | 265.00 | 0.00 | | 0.00 | FA |
| 8. Prorated 2014 Income Tax Refund(s) | 0.00 | 0.00 | | 0.00 | FA |
| 9. Preference via garnishment - Capital One<br><br>Scheduled on the Statement of Financial Affairs. | 0.00 | 645.10 | | 645.10 | FA |
| 10. PNC Checking Account | 0.00 | 0.00 | | 0.00 | FA |
| 11. Huntington Savings Account | 0.00 | 0.00 | | 0.00 | FA |

|  |  |  |  | Gross Value of Remaining Assets |  |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $165,790.00 | $645.10 | | $645.10 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) | |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

6/22/15 Tricia - sent TFR to UST

Initial Projected Date of Final Report (TFR): 04/25/2016     Current Projected Date of Final Report (TFR): 06/22/2015

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 14-52807  
Case Name: Wendy Stewart Grugle  
Taxpayer ID No: XX-XXX7777  
For Period Ending: 06/22/2015

Trustee Name: Dynele Schinker-Kuharich  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX9088  
Checking  
Blanket Bond (per case limit): $2,000,000.00  
Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/24/15 | 9 | Capital One<br>15000 Capital One Drive<br>Richmond, VA 23238 | Preference Payment | 1141-000 | $645.10 | | $645.10 |

| | | |
|---|---|---|
| COLUMN TOTALS | $645.10 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $645.10 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $645.10 | $0.00 |

Page Subtotals: $645.10 $0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX9088 - Checking | $645.10 | $0.00 | $645.10 |
|  | $645.10 | $0.00 | $645.10 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $645.10 |
| Total Gross Receipts: | $645.10 |

Page Subtotals: $0.00 $0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 14-52807-AMK  
Debtor Name: Wendy Stewart Grugle  
Claims Bar Date: 6/19/2015  

Date: June 22, 2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Dynele Schinker-Kuharich<br>4300 Lynn Road, Suite 206<br>Ravenna, OH 44266 | Administrative | | $0.00 | $161.28 | $161.28 |
| 100 2200 | Dynele Schinker-Kuharich<br>4300 Lynn Road, Suite 206<br>Ravenna, OH 44266 | Administrative | | $0.00 | $10.78 | $10.78 |
| 1 300 7100 | Fifth Third Bank<br>1830 East Paris S.E., MS #RSCB3E<br>Grand Rapids, MI 49546 | Unsecured | Claim filed 12/15/2014 | $1,143.00 | $3,194.34 | $3,194.34 |
| 2 300 7100 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Unsecured | Claim filed 01/09/2015 | $0.00 | $2,676.84 | $2,676.84 |
| 3 300 7100 | N. A. Bank Of America<br>Bank Of America, N.A.<br>P.O. Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | Claim filed 01/30/2015 | $9,469.00 | $9,469.69 | $9,469.69 |
| 4 300 7100 | University Of Denver<br>C/O Vargo & Janson Pc<br>Po Box 280389<br>Lakewood Co 80228 | Unsecured | Claim filed 02/27/2015 | $0.00 | $628.44 | $628.44 |
| 5 300 7100 | Usaa Federal Savings Bank<br>C O Weinstein, Pinson And Riley, Ps<br>P.O. Box 3978<br>Seattle, Wa 98124-3978 | Unsecured | Claim filed 03/10/2015 | $27,830.00 | $5,143.33 | $5,143.33 |
| 6 300 7100 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Unsecured | Claim filed 03/17/2015 | $7,937.00 | $7,937.63 | $7,937.63 |
| 7 300 7100 | Nebraska Furniture Mart Texas<br>Attn: Ann Schlemmer, Dept. 08444<br>5600 Nebraska Furniture Mart Drive<br>The Colony, Tx 75056 | Unsecured | Claim filed 03/18/2015 | $1,564.00 | $1,587.67 | $1,587.67 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 14-52807-AMK  
Debtor Name: Wendy Stewart Grugle  
Claims Bar Date: 6/19/2015

Date: June 22, 2015

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 8<br>300<br>7100 | Keybank N. A.<br>Keybank N.A.<br>P.O. Box 94968<br>Cleveland, OH 44101 | Unsecured | Claim filed 04/27/2015 | $0.00 | $11,930.41 | $11,930.41 |
| 9<br>300<br>7100 | Keybank N. A.<br>Keybank N.A.<br>P.O. Box 94968<br>Cleveland, OH 44101 | Unsecured | Claim filed 04/27/2015 | $0.00 | $6,954.29 | $6,954.29 |
| 11<br>300<br>7100 | N. A. Jpmorgan Chase Bank<br>Jpmorgan Chase Bank, N.A.<br>C/O Real Time Resolutions, Inc.<br>P.O. Box 35888<br>Dallas, TX 75235 | Unsecured | Claim filed 06/08/2015 | $8,522.00 | $8,522.35 | $8,522.35 |
| 10<br>400<br>4120 | University Park Tower<br>Homeowners Association, Inc.<br>C/O Moeller Graf, P.C.<br>385 Inverness Parkway, Suite 200<br>Englewood, Co 80122 | Secured | Claim filed 06/02/2015 | $0.00 | $3,414.80 | $3,414.80 |
| | Case Totals | | | $56,465.00 | $61,631.85 | $61,631.85 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 2                                   Printed: June 22, 2015

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

14-52807-amk    Doc 20    FILED 07/07/15    ENTERED 07/07/15 10:55:19    Page 7 of 10

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-52807
Case Name: Wendy Stewart Grugle
Trustee Name: Dynele Schinker-Kuharich

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 10 | University Park Tower Homeowners Association, Inc. | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Dynele Schinker-Kuharich | $ | $ | $ |
| Trustee Expenses: Dynele Schinker-Kuharich | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Fifth Third Bank | $ | $ | $ |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ | $ | $ |
| 3 | N. A. Bank Of America | $ | $ | $ |
| 4 | University Of Denver | $ | $ | $ |
| 5 | Usaa Federal Savings Bank | $ | $ | $ |
| 6 | Discover Bank | $ | $ | $ |
| 7 | Nebraska Furniture Mart Texas | $ | $ | $ |
| 8 | Keybank N. A. | $ | $ | $ |
| 9 | Keybank N. A. | $ | $ | $ |
| 11 | N. A. Jpmorgan Chase Bank | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____

Tardily filed claims of general (unsecured) creditors totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be    percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be    percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE